| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney<br>Chief, Tax Division |
| 3 | CYNTHIA STIER (DCBN 423256)<br>Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 5 | Telephone: (415) 436-7000<br>Facsimile: (415) 436-6758<br>Email: cynthia.stier@usdoj.gov |
| 6 | |
| 7 | ANTON L. JANIK, JR.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice |
| 8 | P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683 |
| 9 | Telephone: (202) 305-2558<br>Facsimile: (202) 307-0054 |
| 10 | Email:Anton.L.Janik@usdoj.gov |
| 11 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: | ) ) ) ) | Case No. |
| JOHN DOES, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts at or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda, British Virgin Islands, Cayman Islands, Cook Islands, Costa Rica, Cyprus, Dominica, Gibraltar, Grenada, Guernsey/Sark/Alderney, Hong Kong, Isle of Man, Jersey, Latvia, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **EXHIBITS APPENDIX TO DECLARATION OF BARBARA KALLENBERG** |

| | |
|---|---|
| 1  Lichtenstein, Luxembourg, Malta, Nauru, ) | |
|    Netherlands Antilles, Panama, Samoa, St. ) | |
| 2  Kitts and Nevis, St. Lucia, St. Vincent and the ) | |
|    Grenadines, Singapore, Switzerland, Turks ) | |
| 3  and Caicos, and Vanuatu ) | |

Attached hereto are the exhibits identified in the Declaration of Barbara Kallenberg.

DATED this 13th day of October, 2005.　　　　　Respectfully submitted,

KEVIN V. RYAN
United States Attorney
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney

_/s/ ANTON L. JANIK, JR._
ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2558

Attorneys for the United States