# TAB 5

Dockets.Justia.com



HOME | NEWS AND EVENTS | RATES AND FUND PRICES | ABOUT US | CAREERS | SITE MAP | CONTACT US | INTERNET BANKING LOGIN

# Welcome

Professional, experienced service you can depend on.

## Welcome to Butterfield Bank.

As a premier community bank and a growing specialist international financial services group, we provide both local and international clients with banking, credit, treasury, investment, trust, custody and corporate services. Whether you wish to establish a banking relationship, borrow money, explore investment opportunities or meet other financial needs, click one of the options at right to learn about what we can do for you in Bermuda or internationally.

**BUTTERFIELD BANK BERMUDA**



**BUTTERFIELD BANK INTERNATIONAL**



**BUTTERFIELD DIRECT BERMUDA**

Butterfield Direct
INTERNET · ATM · TELEPHONE

**BUTTERFIELD BANK RESOURCES**


- CURRENT FINANCIAL REPORT
- COMMUNITY ACTIVITIES
- SCHOLARSHIP DIRECTORY
- HOOK UP WITH BNTB
- CUSTOMER CHARTER



◦ New Butterfield / AAdvantage® MasterCard® available in Bermuda. **Sign up today!** .

Important Legal Information. **Email:** contact@bntb.bm
© 2002 The Bank of N.T. Butterfield & Son Limited. All Rights Reserved.

# Butterfield Bank 

HOME | NEWS AND EVENTS | RATES AND FUND PRICES | ABOUT US | CAREERS | SITE MAP | CONTACT US | INTERNET BANKING LOGIN

## *About* Butterfield Bank

### Our Mission

Butterfield Bank will provide consistent and superior returns to our shareholders, offer security and opportunities to our employees, and be recognized as making a valuable contribution to the communities in which we operate by a customer focused, efficient and ethical delivery of banking and other selected financial services.

### Butterfield Bank

Butterfield Bank is Bermuda's first bank. Originating from a merchant-trading firm founded in 1758, it became The Bank of N.T. Butterfield & Son in 1858, and was incorporated in 1904. Our long and stable history parallels Bermuda's development. We provide banking services to local individuals and businesses and facilitate the island's commercial links to the rest of the world.

In Bermuda, Barbados and the Cayman Islands, we provide a full range of Community Banking services, encompassing retail and corporate banking and treasury activities. As a specialist offshore financial services group, we also provide Private Banking, Wealth Management & Fiduciary Services and Investment & Pension Fund Administration from Bermuda and our offices in the Cayman Islands, Guernsey, The Bahamas and the United Kingdom. Our success is built on a set of fundamental strengths: sound corporate values, a stable customer base, strong capital and liquidity positions and solid core businesses.

**LINKS**

Credit Ratings

Customer Charter

Financial Facts

Shareholder Information and Share Price

Senior Management Team

Bahamas

Barbados

Bermuda

Cayman

Guernsey

United Kingdom

Butterfield Bank has earned a reputation for its reliability, integrity, security and confidentiality. The Bank is regulated by the Bermuda Monetary Authority (BMA), which operates in accordance with Basle principles and maintains close contact with regulators in the other jurisdictions where the Bank has offices. Butterfield Bank shares are widely held and trade on the Bermuda Stock Exchange with a secondary listing on the Cayman Islands Stock Exchange.

Important Legal Information. **Email:** contact@bntb.bm
© 2003 The Bank of N.T. Butterfield & Son Limited. All Rights Reserved.



**Butterfield Bank**

BERMUDA **INTERNATIONAL**

## *Is* *International* *Private Banking for You?*

Butterfield Bank international private banking may be for you if:

- You require the premium, efficient, confidential service offered by a private bank
- You have assets or business interests in more than one country
- You need accounts in more than one currency
- You would like to diversify your financial strategy internationally to protect against economic or political uncertainty
- You wish to protect your wealth to provide for your family in the future

To establish an international private banking relationship with Butterfield Bank, contact our Head Office in Bermuda at (441) 295-1111.

❖•••Back to International Private Banking

**PERSONAL**

International Private Banking

Butterfield Trust

Making Your Money Grow

**BUSINESS**

International Corporate Banking

Butterfield Asset Management

Merchant Services

Butterfield Fund Services

Butterfield Trust

Captive Insurance Services

Offshore Banking Advantages

Bahamas

Barbados

Bermuda

Cayman

Guernsey

United Kingdom

Important Legal Information. Email: contact@bntb.bm
© 2003 The Bank of N.T. Butterfield & Son Limited. All Rights Reserved.

BERMUDA INTERNATIONAL

## Butterfield Bank 

HOME | NEWS AND EVENTS | RATES AND FUND PRICES | ABOUT US | CAREERS | SITE MAP | CONTACT US | INTERNET BANKING LOGIN

*Butterfield Direct* **Internet Banking**

Manage your money from anywhere you have Internet access!

**Bermuda's premier Internet Banking service:**

## Butterfield Direct
### INTERNET • ATM • TELEPHONE

**LINKS**

Quick Tour: a brief overview

Application Form & User Manual

Login

Butterfield Direct Telephone Banking

### Here's what you can bank on with Butterfield Direct:

- **Convenience:**
  Access your chequing, savings, loan, money market, credit card and call accounts from the comfort of your home, office or anywhere you access the Internet.
- **Tools:**
  Transfer cash, pay bills, view balances, print reports, make wire payments, order bank products and more!
- **Security:**
  Online security system includes 128 bit encryption, Verisign digital certificates and firewall technology to keep your money and information safe.
- **Compatibility:**
  Download account activity to your financial management software (must accept .QIF Quicken® file format e.g. Quicken and Microsoft Money).
- **Choice:**
  Available for Butterfield Bank accounts in all major currencies - you can convert financial information to the base currency of your choice.

**Additional functions for corporate customers**

- **Advanced account management:**
  Set up customised Account Groups to manage related accounts.
- **High-volume payments:**
  Make bulk payments from your corporate account to multiple third-party recipients.
- **EDI Transactions:**
  Use Butterfield Direct to perform electronic data interchange (EDI) functions.
- **Controlled access:**
  You specify who can view corporate accounts and which transactions they are authorised to perform.

Take a Quick Tour for an overview of the services at your fingertips. If you're ready for the power and convenience of Butterfield Direct, register now.

**For further information or assistance on Butterfield Direct Internet Banking, please send an e-mail to direct@bntb.bm or call us at 441-299-3895.**

Important Legal Information. Email: contact@bntb.bm
© 2003 The Bank of N.T. Butterfield & Son Limited. All Rights Reserved.



Butterfield Bank

BERMUDA INTERNATIONAL

HOME | NEWS AND EVENTS | RATES AND FUND PRICES | ABOUT US | CAREERS | SITE MAP | CONTACT US | INTERNET BANKING LOGIN

# *Debit Card*

With a Butterfield Bank debit card you can access your accounts when and where it is convenient for you. A ButterfieldCard debit card enables you to:

- Access your accounts at local and international automatic teller machines (ATMs) 24 hours a day
- Make withdrawals, deposits, bill and credit card payments
- Obtain mini-statements of the last 10 transactions on your account
- Pay by direct debit at local and foreign merchants displaying either the Maestro or MasterCard logos

View Debit Card Fees

For more information or to apply for a ButterfieldCard, contact your local branch. Certain restrictions apply. Fees and rates are subject to change without notice.

❖⋯Back to ButterfieldCards

**PERSONAL**

Establishing a Personal Banking Relationship

Buying a Home

Making Your Money Grow

Preparing for The Future: Trusts and Wills

Protecting Your Assets: Insurance Policies

Borrowing to Achieve Your Goals

Worry-Free Travelling

**BUSINESS**

Establishing a Corporate Banking Relationship

Merchant Services

Raising Finance

Butterfield Asset Management

Butterfield Fund Services

Butterfield Trust

Treasury Services

Important Legal Information. **Email:** contact@bntb.bm
© 2003 The Bank of N.T. Butterfield & Son Limited. All Rights Reserved.



**Butterfield Bank**

# *Visa & MasterCard*

Visa and MasterCards provide a convenient way to shop outside Bermuda. Accepted throughout the world, these credit cards provide:

- Purchasing power when travelling: easy access to cash and credit
- Emergency card replacement services
- Guaranteed hotel/motel reservation services
- Instant cash advances in over 300,000 designated ATM machines worldwide
- Convenient monthly statements to monitor your overseas purchases
- Toll free, 24-hour access to balance information, last payment date and available credit through CardLine (1-800-788-9490)
- Instant cash advances at ATM machines around the world
- Annual percentage rate of 18.25%

View credit card rates

View credit card fees

For more information or to apply for a Visa or MasterCard, contact your local branch.
Certain restrictions apply. Fees and rates are subject to change without notice.

❖··· Back to ButterfieldCards

**PERSONAL**
Establishing a Personal Banking Relationship

Buying a Home

Making Your Money Grow

Preparing for The Future: Trusts and Wills

Protecting Your Assets: Insurance Policies

Borrowing to Achieve Your Goals

Worry-Free Travelling

**BUSINESS**
Establishing a Corporate Banking Relationship

Merchant Services

Raising Finance

Butterfield Asset Management

Butterfield Fund Services

Butterfield Trust

Treasury Services

Important Legal Information. **Email:** contact@bntb.bm
© 2003 The Bank of N.T. Butterfield & Son Limited. All Rights
Reserved.

TAB 6

<

Offshore Tax Havens Swiss Bank Account Offshore Company Incorporation Offshore Banks Offshore Bank Accounts Tax Free Companies Offshore Tax Free Havens Asset Protection Trusts Tax Consultations Wealth Management Trus Company Formations Private Bank Accounts Prenuptual Agreements

**Wealthy Clients...**
**Asset Protection, Wealth Management, Inheritance Advice, Tax Advice...**
**For all your finanicial service needs**



www.taxhavenco.com　　　　contact & payment info

Offshore Bank Accounts | Offshore Company Formations | Anonymous Banking | Anonymous Credit Cards | Anonymous Debit Cards | Offshore Merchant Bank Accounts | Offshore Trust | Best Sellers | Currency Conversion Tool

*List Of Tax Havens...*
....Please Select....

**Wealthy clients with $500,000 USD or more**
Click to speak direct to a Swiss Private Banker...

**DUBAI OFFSHORE COMPANIES**
are Tax Free and Free from EU and US Tax treaties
**Click here for more info**

| ANDORRA | ANGUILLA | ANTIGUA | ANTILLES | ARUBA |
|---|---|---|---|---|
| AUSTRALIA | BAHAMAS | BAHRAIN | BARBADOS | BELIZE |
| BERMUDA | BVI | CANARY ISLES | CANADA | CAYMAN |
| COOK ISLES | COSTA RICA | CYPRUS | DOMINICA | GIBRALTAR |
| GREECE | GUERNSEY | IRELAND | ISLE OF MAN | JERSEY |
| LATVIA | LIECHTENSTEIN | MALTA | MAURITIUS | MONACO |
| MONTEVIDEO | SWITZERLAND | THAILAND | TURKS-CAICOS | UAE |
| UK | USA | VANUATU | W SOMOA | OFFSHORE |

Wealthy Clients with $500,000 or more who would like a Free Private Bank Consultation about: Wealth Management, Trust Formation, Trust Management, Private Banking, Taxation Solutions, Inheritence Advice, Fund Management or Portfolio Management. Click here!

Asset Protection Services:
**Asset protection... minimise the risk of creditors or other claimants from being able to reach your assets.**

**Swiss Banking Consultations London 10th October**
Our Swiss Private Banker will be holding private Wealth Management and Swiss Banking Consultations in London on the 10th of October 2005. If you are Wealthy and would like a Free Consultation about the benefits of Swiss Private Banking Please click HERE

**Anonymous Banking**

**Anonymous Internet Banking**

**Anonymous Debit Cards**

**Q&A about Swiss Banking -**
**Confidentiality and Related Issues**

**Swiss Bank Accounts**

**Swiss Classic Bank Account**

**Swiss Internet Bank Account**

**Swiss Investment Fund Account**

**Swiss Numbered Bank Account**

**Offshore Company Formations**

**30+ Offshore Jurisdictions to Choose From**

**Asset Protection Trust**

**Bahamian Corporate Package: €2,599 EUR**

**BAHAMIAN IBC PACKAGE**

**Bearer-Share Sark Company with ATM Card**

**Belize Companies: €1,799 EUR**

**British Virgin Islands Corporations: €2,099 EUR**

**Cayman Islands Companies: €2,699 EUR**

**Commonwealth of Dominica Companies: €2,199 EUR**

**Cook Islands Corporations: €3,699 EUR**

**If you have $500,000 or more to deposit then click here for a private banking consultation**

**Merchant Accounts**

**Anonymous Merchant Account**
**Offshore Merchant Account**
**Total Merchant Manager**

**IBC International Business Company**
**Bahamian IBC Package**

**Trusts**

**Offshore Trusts**

**Asset Protection Trust**

**Taxhavenco Consultancy**
**Taxhavenco Offsore Consultancy Services**

**Credit & Debit Cards**

**Anonymous debit cards**

**Popular services**

**Our most popular packages!**

**For wealthy clients with $500,000 or more to deposit**
**click here for a private banking consultation**

**Asset protection**

**Email:info@taxhavenco.com**

**Costa Rican Corporations: €1,599 EUR**

**Cyprus Corporations: €1,599 EUR**

**Dubai Packages from €2,099 EUR**

**Gibraltar Corporations: €2,449 EUR**

**Guernsey Companies: €4,199 EUR**

**Hong Kong Companies: €2,450 EUR**

**International Business Company (IBC) Package**

**Isle of Man Corporations: €2,799 EUR**

**Jersey Companies: €3,499 EUR**

**Liberian Corporations: €1,645 EUR**

**Liechtenstein Corporations: €5,999 EUR**

**Luxembourg (SOPARFI) Corporations: €8,399 EUR**

**Malta Companies: €3,850 EUR**

**Marshall Islands Corporations: €1,499 EUR**

**Mauritius Companies: €1,999 EUR**

**Nevis Corporations: €1,799 EUR**

**Niue Corporations: €1,999 EUR**

**Nominee Structures**

**Offshore Bank Charter**

**Swiss Private Banking for wealthy clients with $500,000 US dollars or more to deposit**

**Panamanian Corporation: Ready-Made & Anonymous for only €1,299 EUR**

**St. Vincent & the Grenadines Companies: €2,099 EUR**

**Seychelles Corporations: €1,749**

**Turks & Caicos Islands Exempt Corporations: €2,099**

**USA Corporate Packages from EUR €2000**

**Western Samoan Companies: €2,099**



# Andorra Offshore

**Email: info@taxhavenco.com**

http://www.taxhavenco.com 2003

# TAX HAVEN BANK BANKS OFFSHORE BANK ACCOUNTS IBC LLC INTERNATIONAL BUSINESS COMPANY FORMATION TRUST FUND

# TAX HAVEN OFFSHORE SERVICES BANKS BANK ACCOUNT COMPANY FORMATIONS TRUST FUNDS

## Offshore bank Offshore bank account company formation Tax haven Trust

# TAX HAVEN ,TAX HAVENS ,OFFSHORE BANKING

# BANK ACCOUNT ,OFFSHORE ,COMPANY, FORMATION, OFFSHORE ,COMPANY, FORMATIONS, REGISTER, OFFSHORE, COMPANIES, OFFSHORE SERVICES, TAX FREE, TAX ,TAXES, OFFSHORE BANK ACCOUNTS,

# OFFSHORE REGISTRATION, CAYMAN ISLANDS, DELAWARE ,SWITZERLAND, SWISS, OFFSHORE, BAHAMAS, MONACO, MONTE CARLO, LIECHTENSTEIN, ANDORRA, BELIZE, BARBADOS,

# CHANNEL ISLANDS, JERSEY, CYPRUS, GUERNSEY, IRELAND, OFFSHORE, SERVICES BANK ACCOUNT, TAX HAVEN, TAX HAVENS, TAX FREE, USA, US, UK, BANK ACCOUNT, BANK ACCOUNT OFFSHORE, TRUST ,OFFSHORE FUNDS, ASSET MANAGEMENT, OFFSHORE TRUST, OFFSHORE TAX HAVEN, OFFSHORE TAX HAVENS,

# TAX HAVENS

# TAX HAVEN

# OFFSHORE SERVICES

Site produced by KernowWeb

# Anonymous Secured MasterCard Credit Card
## Lifetime Rechargeable Anonymous Secured Credit Card for only €2,199 EUR

**"The greatest privacy and asset protection tool I've come across, bar none! Infinitely more convenient and useful than the Austrian Sparbuch!" - says W. G. Hill, father of the PT concept.**

**How much would you pay for an anonymous, judgment proof account from which you can draw unlimited amounts of cash anywhere in the world 24 HOURS A DAY?**

**First Example:** Imagine this situation: Your kid is going to college in Paris (or anywhere in the world). You want her to have ready access to cash for emergencies. You give her a plastic card: the Anonymous ATM Card that enables her to withdraw up to the local equivalent of US$20,000 (you set the amount anywhere from US$1,500 to infinity). The card can be used anywhere in the world to access the cash, in any of the over 630,000 Automatic Teller Machines worldwide. No identity cards need be shown. No one aside from yourself can find out where the money is, or how much is in the account backing this card. If the card is lost or stolen, no one else can use it because it can be activated only be a secret PIN code.The bank does not know the identity of the funds.

If the are not used, they can be transferred anywhere in the world by wire transfer. You can raise or lower the amount in the account at any time. The Anonymous ATM Card makes it easy to supply a dependent, friend, relative anywhere in the world with a weekly, monthly or annual allowance. You can give an Anonymous ATM Card to an employee you send abroad to cover his expenses. It is a plastic "smart" card where the person setting it up decides how much money to "back" the card with, and whether or not to replenish the funds.

**Second Example:** You owe your business partner a settlement of US$200,000. You wish to settle up confidentially with him using your offshore funds. You transfer the US$200,000 and present him with an Anonymous ATM Card (no name on it) that is backed by US$200,000. The money cas be accessed (in cash) from any ATM machine. In some countries goods and services can be charged as if it were a credit card. The card is no good without the PIN code. The PIN code is useless without the card. If your creditor wants the money in form of a check, gold bullion, shares of stock or bonds delivered at any bank in the world, he can arrange for the transfer without your knowing about the destination of the funds once you authorize the transfer of the bearer share corporation to his control.

**Final Example:** You are moving to (or already living in) a country full of grasping, corrupt public officials who can be relied upon to tax, confiscate, seize and freeze everything in sight. There are also kidnappers and others around who might cause you trouble if they knew you had access to large sums of cash. You want to be able to access a few hundred dollars in cash spending money every few days in a low profile way.

Get an Anonymous ATM Card and for the rest of your life you have access to cash anywhere in your home country or abroad - quite anonymously. You go up to an Automatic Teller Machine, insert the card, press buttons asking for the screen to print out in your language and spew out the cash you want. You identify yourself only by PIN number. No signature or identity documents are ever required for cash withdrawals. You don't need to "trust" anyone.

After paying the €2,199 EUR total fees for setting you Anonymous ATM Card up, you make the transfer of funds to a major international bank in a first class offshore banking center. If anything goes wrong or the account refused, your setup fee will be refunded in full, immediately.

**Details:** How the Anonymous ATM Card works. We supply you with a ready-made or shelf "bearer share" corporation. You can use this corporation for other purposes, but if you want to keep your connection with your Anonymous ATM Card a secret, it is recommended that you do not use the corporation for any other purpose (like owning your secondary residence). We will be glad to set up other bearer share corporations in any name you want for other purposes. Only the name of your

corporation appears on the ATM card. Your signature is never required. The bank does not know your name or identity. You can use a ready-made off the shelf corporation for instant access. Alternatively you may choose any name (not already in use in that country) for your corporation. It will take a few weeks extra for a new corporation to be formed. The cost of the entire Anonymous ATM Card package at €2,199 EUR may be less than others charge just for setting up a corporation or inferior asset protection plan. All this and more is yours for the asking.

**Privacy Yes. Crime No!** Important note: this bank account account may not be used for laundering money or to further any activity defined as criminal at the site of the bank account. If in doubt, ask us! Under new international "know your client" regulations, your lawyer (not us) who forms the corporation and provides nominee directors will need for his files a copy of your passport and a brief biography of yourself. This information will stay in his confidential, privileged files. You may use a "pen name in dealing with us. The bank holding the funds to back the Anonymous ATM Card does NOT see nor will they ever have a copy of your passport, photo or signature. It would be a bad idea, but, you can if you wish, make deposits to your account direct and in person at any of the branches of any international bank. You could even arrange to make check or wire transfer withdrawals in person but this would compromise your anonymity. Thus deposits or transfers should only be made through your lawyer. A reasonable amount of activity is included with the setup costs at no extra charge. Details will be supplied upon establishing an account. Having a reputable lawyer as your go-between to handle all transactions via a trust account insures anonymity.

**Withdrawal Limits:** In most countries, there is a limit of approximately US$500 per card use. But there is no daily limit, and no limit on how many times you can use the card to withdraw cash. Some countries and some ATM machines may have different rules. Generally speaking, you can empty out your account at any time. This is not a good idea because because if the balance drops to zero, the account is closed and you may lose your setup costs. A minimum balance of US$1,500 is required to avoid charges, and we recommend that except for emergencies, the balance be kept at more than the absolute minimum.

**DO YOU WANT YOUR OWN ANONYMOUS ATM CARD?** You pay our company an 'Introduction Fee' of €2,199 EURfor providing you with further details. In a sealed envelope you will receive an introduction to the legal firm who will handle all details for you at an additional cost of US$1,620. We, Taxhaven Co., need never see your personal details, like address, photo, ID, nor do we learn the name of the new corporation. We are not a party to your transactions, monetary or otherwise. After the introduction is made, you then send US$1,620 to cover your attorney's fees, and a minimum of US$1,500 as your initial deposit to activate your card.

If the anonymous feature of the Anonymous ATM Card is of no use to you, we suggest you let us know. We can make cheaper setup arrangements for a simple offshore account to a named and identified individual who merely wants an AMEX Gold Card or other credit card. To make later deposits, funds are transferred to either your lawyer, or directly to the account of your corporation. With your card you receive detailed instructions on this subject.

**Annual Charges:** Just as with most credit cards, and corporations, there are annual charges more fully explained in the 'Introduction Letter'.

**Summary:** You will be able to withdraw cash anonymously, up to certain limits, out of a wall anywhere in the world where the ATM system is operative. Presently, there are hundreds of thousands of locations accessible all over the world, with new ones opening every day. Only US$1,500 is required, (after opening), to maintain your Anonymous ATM Card account in good standing. You just put the card in any of the over 531,000 ATMs worldwide at any bank and enter your PIN number to take out cash. Each time you use the ATM you will incur bank charges around US$5 per transaction. But we have found you come far ahead because charges and exchange rates spreads are much greater on cashing traveller's cheques or changing cash into local currency. In a few countries you will be able to use your Anonymous ATM Card as a charge card. Only a person who has the ATM card and who knows the PIN code can make withdrawals.

The Anonymous ATM Card is far better than the bearer savings account or Austrian 'Sparbuch'! With a 'Sparbuch', for any transaction you must go to the bank (in Austria), in person or risk loss by sending it

via mail. Your 'Sparbuch' balance is in a minor currency (Schillings) linked to the Deutsche Mark, soon to be abolished in favour of the newborn, very probably ultra-soft Euro. With the Anonymous ATM Card, you can get CASH 24 HOURS A DAY, 7 DAYS A WEEK anonymously, anywhere in the world! Moreover, the Anonymous ATM Card is linked to the US dollar.

**"The greatest privacy tool, bar none!" - says no other than PT mega author <u>W. G. Hill</u>.**

While there be direct access to the bank account by phone, fax, mail instructions or otherwise, we strongly recommend that (for anonimity) all such activity go through your lawyer. He may also be useful to you in other areas, but your relationship will be strictly attorney-client. Only in the rare instance (never has happened yet) that you do not like the lawyer we introduce, we can offer a second choice. You are protected by attorney-client privilege! The lawyer is a citizen of and resident in a tax haven country (not Switzerland!) with bank secrecy. He will never visit your home country. We feel it is best for many of our clients if they have no signature power over the account. Nor do they "own" legal title to it. The bearer shares will be held in a vault under certain arrangements not amounting to ownership by the client.Your home country lawyer can explain the asset protection advantages of such an arrangement. You can of course take delivery of the bearer shares at any time, but in some countries, physical possession of such shares (if discovered) might have negative consequences. Under the standard arrangements, any funds are JUDGMENT PROOF. Tinker with the deal and this important protection may be lost.

**Tax Status:** You should get a local legal opion in your home country as we are not tax lawyers. However, in most countries, the arrangement described here is a tax neutral, non-reportable event muck like keeping cash savings in your mattress. As the Anonymous ATM Card is not "owned" by you, it is not reportable in countries that require an annual balance sheet to be filed. As it pays no interest, it is not reportable in those countries requiring an annual disclosure of offshore income. You are responsible for complying with your own local rules and regulations.If you live in a country e.g. like Kenya, where keeping your serious offshore money separate from your spending money is an important consideration, the Anonymous ATM Card has been designed with you in mind!

**TO RECAPITULATE:**

1. No ID required to access funds in cash!
2. No signature required to access your funds in cash!
3. Only US$1,500 to maintain account in good standing without bank charges!
4. 24 hour instant access worldwide to your CASH funds!
5. Your name unknown to bank, not linked to card!
6. Deposits and withdrawals in complete anonymity!
7. Double protection of Bank Secrecy plus statutory Lawyer Confidentiality!
8. Chose your own corporate name or use "off the shelf" corporate entity!
9. Set your own cash balance after opening deposit of US$1,500!
10. Totally anonymous and transferable!
11. Protected by bank secrecy laws!
12. No reporting requirements that we know of!
13. Better than the Austrian Sparbuch!
14. Wire transfers or checks into and out of country!
15. Flexible arrangements for known customers!
16. Extremely low profile!
17. Card can be replaced if lost or stolen!
18. Carry in your wallet like any ordinary credit card!
19. Originally supplied to several clients for US$200,000!
20. Personally used and recommended by W. G. Hill and his pro-privacy co-combatant, Peter Trevellian!
21. **Total lifetime setup cost**: only €2,199 EUR - plus US$1,500 minimum opening deposit!

22. Comes with complete instructions and all particulars!

Delivery time: 1-2 weeks

Price: €2,199 EUR

How to pay Taxhavenco

Add to Cart

View Shopping Cart or Checkout

#
Cayman Islands Bank account Cayman Islands Banking Cayman Islands Bank Accounts Banks onlin
chCayman Islands Bank Cayman Islands bank Account Cayman Islands banking Cayman Islands Ba
Islands Bank Cayman Islands Info Cayman Islands account Bank Cayman Islands Trust fund mange
Cayman Islands bank Cayman Islands banking Cayman Islands banks Cayman Islands bank Cayma



## Cayman Islands Tax haven Info...
**Cayman Islands Offshore Company**
**About Cayman Islands**

**List Of Taxhavens...**

[....Please Select....

Welcome to http://www.taxhavenco.com/ here you will find a list of tax havens and offshore bar
the link below to find more information about Cayman Islands Taxhavens.

**Cayman Islands For Cayman Islands TAX HAVEN INFO click here Cayman Island**

Anonymous Banking

**Anonymous Internet Banking**

**E-gold**
**Q&A about Swiss Banking -
Confidentiality and Related Issues**
**Ready-Made Anonymous Channel Island Trust with
Anonymous Debit Card and Online Bank Account**
**Swiss Bank Accounts**

**Swiss Classic Bank Account**

**Swiss Internet Bank Account**

**Swiss Investment Fund Account**

**Swiss Numbered Bank Account**

Merchant Accounts

**Anonymous Merchant Account**
**Offshore Merchant Account**
**Total Merchant Manager**

Offshore Company Formation

**30+ Offshore Jurisdictions to Cl**
**Asset Protection Trust**
**Bahamian Corporate Package: €**

**BAHAMIAN IBC PACKAGE**

**Bearer-Share Sark Company wit**

**Belize Companies: €1,739 EUP**
**British Virgin Islands Corporatic
EUR**
**Cayman Islands Companies: €2,**
**Commonwealth of Dominica Cor
€2,199 EUR**
**Cook Islands Corporations: €3,€**
**Costa Rican Corporations: €1,59**
**Cyprus Corporations: €1,599 EU**
**Foreclosure Sales of Multi-Millio
Corporations**
**Gibraltar Corporations: €2,449 I**
**Guernsey Companies: €4,199 El**
**Hong Kong Companies: €2,450 I**
**International Business Compan
Package**

IBC International Business Company
**Bahamian IBC Package**

Trusts

**Offshore Trusts**

Asset Protection Trust

**Ready-Made Anonymous Channel Island Trust with 100% Anonymous Debit Card**

Taxhavenco Consultancy

**Taxhavenco Offsore Consultancy Services**

Credit & Debit Cards

**Anonymous debit cards**

Favorites

**Our most popular packages!**

Email:info@taxhavenco.com

**Isle of Man Corporations: €2,79**

**Jersey Companies: €3,499 EUR**

**Liberian Corporations: €1,645 E**

**Liechtenstein Corporations: €5,**

**Luxembourg (SOPARFI) Corpor: €8,399 EUR**

**Malta Companies: €3,850 EUR**

**Marshall Islands Corporations:**

**Mauritius Companies: €1,999 Et**

**Nevis Corporations: €1,799 EUR**

**Niue Corporations: €1,999 EUR**

**Nominee Structures**

**Offshore Bank Charter**

**Panamanian Corporation: Read) Anonymous for only €1,299 EUI**

**Ready-Made Anonymous Chann Trust with 100% Anonymous D**

**St. Vincent & the Grenadines Cc €2,099 EUR**

**Seychelles Corporations: €1,74!**

**Turks & Caicos Islands Exempt €2,099**

**USA Corporate Packages from E**

**U.S. Multi-Million-Dollar Foreclo Corporations for Sale**

**Western Samoan Companies: €**

# Andorra Offshore

Email:info@taxhavenco.com

# Cayman Islands Offshore

Cayman Islands Cayman Islands Tax haven info,
Islands Offshore banking, Cayman Islands Off:
company formations, Cayman Islands trust form

Cayman Islands funds, Cayman Islands offshore
Protection, Cayman Islands bank account, Offsho
Accounts ,CH, Cayman Islands offshore service
haven info Cayman Islands Offshore banking Ca
Islands Offshore company formations Cayman I
trust Cayman Islands funds Cayman Islands Off
Asset protection Cayman Islands wealth manag
Cayman Islands offshore services

**Cayman Islands BANK ACCOUNT Cayman I
BANKS Cayman Islands /BANKING**

Debit card anonymous debit card debit cards cash card cash cards offshore bank account anonymous credit card offshore bank account bank info account anonymous atm card cards offshore debit card offshore credit card Offshore banking anonymous credit card International Banking banks

## How does it work?

The card only has your account number on it and no statements are ever sent to you. We don't need your identification or your social security number either. With our anonymous debit cards you have total privacy - your bank doesn't know how you spend your cash and now your card can be the same!

## Is it as simple as that?

Yes! Our anonymous ATM cards can be used in over 6 million outlets around the world, anywhere you see the Meastro or Cirrus logo. What's more you can draw cash from any one of over 700,000 ATMs 24 hours a day 7 days a week with complete anonymity.

## But I can't get a credit card - can I still apply?

We don't check your credit history - because this isn't a credit card. You can load money onto the card and then use it at your leisure - since you can't go overdrawn there is no need for us to do a credit check meaning anyone can get one of our cards!

## Frequently Asked Questions

### Welcome to www.Debitcard24-7.com
### Anonymous Debit card - $400 - No credit check!



Our anonymous card is an ATM card (Automated T Machine). It carries the Maestro, and Cirrus logos. E card comes with a unique PIN (Personal Identificati Number). The card can be used at over 700,000 ATI machines around the world that display the Cirrus lc can also use your card to make purchases at over 5.5 retail locations around the world that display the Me logo.

## Frequently Asked Questions

  **Only $400** 
**Order Now!**

### The gift that keeps on giving!

If you want to send your child or grand-child a gift but can't decide what to send and don't want to send cash then how about one of our cards? They can use the card in millions of retail outlets worldwide. The anonymous ATM card makes it easy to supply a dependent, friend or relative anywhere in the world with a weekly, monthly or annual allowance.



*You'll qualify even if you're unbankable!*

© 2003 www.debitcard24-7.com - Part of the Taxhavenco Group. Powered by KernowWeb

TAB 7



# AFM Services Group
### ( Established in St.Kitts & Nevis 1988 )

**Accounting and Financial Management Services Ltd.** Incorporated in 1988 to provide professional financial, management and corporate services which includes the following:

- Full accounting and auditing.
- Preparation of Financial Statements.
- **Registration and Management of Offshore Companies and Trusts**, Insurance and Reinsurance Companies.
- **Application for the formation of an IBC, NBC or an Offshore Trust**
- **Application for a Nevis LLC and Trust**
- **Application for a Bank Account**
- Provision of a Registered Office and Agent.
- Offshore Investment Club.
- Tax Management.
- **Citizenship Services.**
- NEW **Golden Opportunity in St. Kitts.**

- **Real Estate Ventures**
- **Vacation Homes.**
- **Offshore Banking.**
- **International Private Banking and Transactions.**
- Reinvoicing Services.
- **Procedure for Secure Credit Cards**
- NEW **E-Commerce Bank for Sale**



*AFMS offices are located in Basseterre the capital of St. Kitts and in Charlestown, the capital of Nevis.*

## Directors, Staff and Associates

**Principal:** M. Irvin BonCamper Esq., FCCA, MOI, Certified Chartered Accountant & Consultant

**Legal Advisor:** Dr. Henry L. Browne, LL.B(Hons.), LEC, Phd. Barrister and Solicitor

**Financial Advisor:** F. Thomas Huheey, BA, MA,

**Company Secretary:** M. Iditha BonCamper, CBA.

**Associate Offices:**
F.Thomas Huheey & Associates, Inc. 11921 Freedom Drive, Suite 550, Reston Va. 22090
Telephone: (800)-822-0433, (703)-448-8630 Fax: (703)-448-3509

AFM Trusts and Corporate Services, 11711 SW, 123rd ave, Miami,FL.33186,
Telephone/Fax: (305)-274-6383

## Corporate Structure
Accounting and Financial Management Services Ltd. was incorporated on the 5th of February 1988,
under Section 335 of the Companies Act of St. Christopher and Nevis, registered number 4 of 1988.The
company was re-domiciled to the island of Nevis on the 29th of May 1998.

## Chairman



**The Chairman of the board and Managing Director of AFMS, M. Irvin
BonCamper is a United Kingdom educated professionally trained, Chartered
Certified Accountant and Consultant to Business. Mr. BonCamper is a Fellow of
the Association of Chartered certified Accountants of the United Kingdom and a
post graduate member of the Offshore Institute and International Tax Planning
Association. He is authorized by the Government of the Federation of St. Kitts
and Nevis to carry on corporate Financial Services to local and international
business Companies.
Born in Charlestown, Nevis 1954. Mr Boncamper has in excess of 24 years
accounting, financial and business experience. He also serves as Director and
Trustee on a number of local and international business companies.**

**Mr Boncamper can be contacted directly at email : irvin@boncamper.com**

## Other Staff Members
Other staff members consist of the Company Secretary Mrs. Iditha BonCamper, a corporat services
manager, Miss Sandra L. Thomas, an Office Manager, Miss Marcella Flemming /Receptionist Miss
Janice Liburd. Together our staff has in excess of 25 years of professional and business working
experience.

## Offices
**The registered offices of the company are ideally situated at 22 Cayon Street, Basseterre, St. Kitts,
W.I.
This is within the main commercial banking area of the capital city.
In Nevis at Cedar Tree Main Street, Charlestown, Nevis.**

## Services
Since its incorporation we have been providing professional management services to both the offshore
and onshore financial services sector covering company and trust formation, international tax planning
and management, accounting, and administration.

We also assist many of our clients with the establishment and management of their US banking accounts
and have been engaged in private banking for a number of years.

## Subsidiaries
There are two subsidiary companies AFM Trust and Corporate Services ( NEVIS) Ltd and
M.Irvin Boncamper & Company, Chartered Certified Accountant and Consultant.

## For further information please contact our offices:

E-mail: afms@caribsurf.com
Office Hours:
8:30 am - 4:30 pm Daily
Monday - Friday

| St. Kitts | | Nevis | |
|-----------|------------------|--------|------------------|
| Phone: | 1-869-465-4459 | Phone: | 1-869-469-0840 |
| Tel/Fax: | 1-869-465-5983 | Fax: | 1-869-465-5983 |
| Home: | 1-869-465-4417 | Home: | 1-869-465-4417 |

## Please Sign Our Guest Book.

---

## For further information about St. Kitts & Nevis try these links:

- **The Official Homepage of the Government of St.Kitts & Nevis**
- **The Official Homepage of the St. Kitts & Nevis Department of Tourism.**
- **St.Kitts-Nevis Ministry of Finance.**
- **Nevis Island Government - Ministry of Finance**
- **Caribnet.Com. Your direct link to the Caribbean**
- **Bank of Nevis**

---

to the top

**Web Site Last Updated: November 25th, 2002**



Copyright © 1997-2002 AFM Services. Written by: M. Irvin BonCamper
Site design and maintained by: Caribbean Access

# PRACTICAL USES OF A ST. KITTS & NEVIS IBC

**International Trade**
Entering into contracts or subcontracting multinational projects.
Redirecting.

**International Investment and Finance**
Multinational corporations doing business in politically volatile countries or which have strict capital controls for the protection of capital and avoidance of risks.

**Property Ownership**
To own property for tax efficiency and preserve anonymity.

**Licenses and Patents**
For the assignment of patent rights, licenses and franchises.

**Professional Enterprises**
For professionals to contract services and minimize tax liability.

**Shipping**
As a vehicle to own, manage, or finance vessels and provide confidentiality of affairs.

**Other uses of an IBC**

- Holder of multi-currency bank accounts, trusts, deposits, investment plans and other financial and commercial titles;
- Owner of shares of other corporations or legal entities;
- Owner of apartments, houses, buildings, ships and other movable or immovable property;
- Manager and promoter of international business transactions;
- Leasing of vehicles, machinery, and other equipment;
- Conduit to give and receive funds for loans and commissions;
- Marketing and promotion of goods and services;
- Mutual fund and unit trust establishment;
- Portfolio management;
- International credit cards;

**Back to Asset Protection And Offshore Privacy**

**Back to AFMS HomePage**

Copyright © 1997-2002 AFM Services: Written by: M. Irvin BonCamper

Site design and maintained by: Caribbean Access

# AFM Services Group

## Corporate Services

---

### International Private Banking and Transactions

AFM Services assist its clients with their International and private banking transactions. Once you have established your offshore account with one of our local Banks within the Federation of St. Christopher & Nevis, we will facilitate you with your deposits and withdrawals from your account. We will also provide you with the wire transfer instructions so that you may make your own direct transfers to or from your account.

Should you need to conduct International Banking we can also arrange your direct wire transfers to wherever you wish make transfers.

Wire transfers can be used to pay bills, purchase property and for very simply maintaining personal accounts
( See IBC fee schedule).

---

### International Porfolio Management
(See our link at offshore mutual fund investing).

### Secured Visa Cards

All Banks within the Federation of St. Christopher and Nevis offer to their customers secured visa cards. The procedure is very simple, you obtain up to 80% of your fixed deposit on your credit card. the credit card offered is the visa card, and is issued by the **Caribbean Credit Card Corporation**.

The Caribbean Credit Card Corporation manages your credit and will indicate on your monthly statement, the minimum payment due. Therefore it is your responsibility to ensure that your account at the Bank has adequate funds available to meet your minimum monthly payment.

Interest rate on your fixed deposit will be on average between 2-3% per annum.

AFM Services can procure your visa card in a timely and efficient manner.
(See IBC Fee Schedule for cost of this service).

---

**Back to AFMS HomePage** 

Copyright © 1997-2002 AFM Services; Written by M Irvin BonCamper
Site design and maintained by: Caribbean Access

TAB 8

# BELIZE






## ABOUT KPMG

**OVERVIEW**
**MISSION**
**KEY STATISTICS**
**KPMG NEWS**
**OFFICE LOCATIONS**

## Overview

In a global marketplace distinguished by remarkable growth and consolidation, companies face a host of new challenges in today's economy. The KPMG office in Belize helps clients successfully respond to changing opportunities by providing professional services.

The Belize member firm has tailored its services - including assurance, business advisory and offshore services - to address the complex business challenges faced by our clients, locally and internationally.

We are part of the extensive global KPMG network comprised of more than 100,000 KPMG professionals across 159 countries.

Through the firm's international network of industry professionals, the best people, products and technologies are combined to enhance our services with industry insights and best practices.

### ABOUT BELIZE

#### Belize's Strategic Location and Geography

Located on the Caribbean seaboard of Central America, Belize is bordered on the North by Mexico, and on the South and West by Guatemala. Belize is only two hours away from the USA via regular air services maintained by major international carriers. It is often referred to as the bridge between Central America and the Caribbean, and its strategic location in the region can be likened to what Hong Kong is in the East.

Belize is comparable in size to Wales or the State of Massachusetts in the USA. It has a land area of 8.867 square miles or 22,923 square kilometers.

The terrain can be described as follows: swampy coastal areas, flat savannah in the north, and rainforest foothills and mountains in the south. The mainland is approximately 174 miles long and 68 miles wide, while the coastline is dotted with over 400 cayes or islands.

The climate is sub-tropical, with an average temperature of 79° F/ 26° C.

One of Belize's main tourist attractions is its 185 miles long Coral barrier reef - the longest reef in the western hemisphere, second only to Australia's.

The mystery of the Maya civilization has enchanted archaeologists and tourists alike. To date, over 1,000 Maya ruins have been discovered in Belize.

Belmopan is the administrative capital, while Belize

City is the main commercial center.

Time Zone: GMT - 6. US Central Standard Time with no Daylight Savings Time.

### Belize's People

Belize's population is ethnically diverse, comprising of a highly trained English speaking professional work force with Spanish also spoken by the vast majority. The population is approximately 256,800 with a labor force of 86,800 men and women (2001).

Ethnic groups include: Mestizo, Creoles, Garifuna, Maya, Chinese, Syrians/Lebanese, East Indians, and Caucasians.

Several other ethnic languages are also spoken, including: Creole, Garifuna, Maya, Ketchi and Chinese.

### Belize's Infrastructure

Infrastructure and support services include a reputable and modern international banking system, a state-of-the-art telecommunications system, reliable postal and courier services, and first class hotel and conference facilities. Belize is linked to its immediate neighbors and to the rest of the world by air, land, and sea.

The major banks are The Belize Bank Ltd., Barclays Bank PLC, The Bank of Nova Scotia, Atlantic Bank Ltd., and The Alliance Bank of Belize Ltd.

Belize boasts a recently constructed terminal building at the Philip Goldson International Airport, located 9 miles from Belize City.

Main international carriers include: American Airlines, Continental Airlines, USAIRWAYS, and Taca International Airlines with regular flights to and from Miami, Houston, Dallas and Charlotte in the USA, and Honduras, Guatemala, Mexico and El Salvador in Central America.

Main domestic carriers include: Mayalsland Air and Tropic Air.

Regular bus services are available to most towns and villages throughout the country, as well as to both Mexico and Guatemala. Highways: Total of 2,547 km (1,583 miles) of roads, with 526 km (327 miles) being major highways.

Main deep-water berths and facilities for general and bulk cargoes are located in Belize City, Dangriga and Toledo.

International courier services for express delivery include: DHL, Federal Express and UPS.

A satellite earth station in the capital provides high quality telecommunications with the rest of the world. Regular and mobile phone, telex and fax, pager services. e-mail and Internet access are available through the local phone company, Belize Telecommunications Limited. Belize has direct dialing capabilities with most countries worldwide.

**Belize's Economy**

Belize has experienced sustained growth over recent years. Principal exports include sugar, citrus, bananas, fish products, garments and timber, while principal imports include machinery and transport equipment, manufactured goods, food and beverages, construction materials, fuels and lubricants.

Although agriculture accounts for about 30% of GDP, both offshore and tourism industries are assuming increasing importance.

The local currency is the Belize dollar, which trades at a fixed exchange rate of US $1.00 to BZ $2.00. The Central Bank of Belize regulates the country's financial industry.

For a more in depth look at Belize's economy, see Belize's Major Economic Indicators.

**Belize's Government**

Belize, once known as British Honduras, is a former British dependent territory. In 1862 the country was established as a British Crown Colony; in 1964 self-government was achieved; in 1973 the name was officially changed from British Honduras to Belize; and in 1981 Belize gained full independence.

Today, the legal system is based on English Common Law supplemented by local legislation. The court system is made up of several Magistrate's Courts and a Supreme Court, with final appeal being to the Privy Council in London.

The political system is based on the British Westminster model with Queen Elizabeth II as head of State, represented by a Belizean Governor General. The Bicameral legislature is made up of a 29 member elected House of Representatives, and a 12 member appointed Senate, while the Executive branch is made up of a Prime Minister and Cabinet. General democratic elections are held every 5 years.

**The Belize Government's Commitment to the Offshore Industry**

The government is fully committed to the ongoing development of Belize as a leading offshore jurisdiction. Through regular consultations with the private sector, the government ensures that its policies and legislation continue to meet the needs and interests of the international financial community in an environment which engenders trust and confidence.

**Belize's Offshore Legislation**

In 1990, Belize enacted new legislation creating the International Business Company (IBC), a refinement of the British Virgin Island's model. In a short period of time, the jurisdiction has risen to prominence as one of the world's leading offshore jurisdiction. In addition to having one of the most modern and up to date offshore legislation, Belize's success can also be attributed to the country's long history of economic, social and political stability.

**Principal Pieces of Belize Offshore Legislation:**

- Money Laundering (Prevention) Act, 1996
- Offshore Banking Act, 1996
- Registration of Merchant Ships Act, 1989
- International Business Companies Act, 1990
- Trusts Act, 1992
- International Insurance Act, 1999
- Mutual Funds Act, 1999
- Limited Liability Partnerships Act, 1999
- Protected Cell Companies Act, 1999
- Limited Life Companies Act, 1999
- International Financial Services Commission Act,1999

**Belize's International Partners**

Belize maintains close ties with its global counterparts, and is signatory to several conventions, including: The Caribbean Basin Initiative (CBI), LOME IV, Caribbean/Canada (CARIBCAN) and The Caribbean Community (CARICOM).

In addition, Belize holds membership in several international organizations, including: The Association of Caribbean States, The British Commonwealth, CARICOM, African Pacific Caribbean Countries (ACP), The Caribbean Development Bank, The Inter-American Development Bank, The International Monetary Fund, The Non-Aligned Movement, The Organization of American States, The United Nations, the World Bank, The Organization for the Prohibition of Nuclear Weapons in Latin America (OPANAL), and The Caribbean Bananas Export Association.

Belize has also signed double taxation agreements with many countries, including: The United Kingdom, Guyana, Jamaica, Trinidad and Tobago, St. Lucia, Antigua and Barbuda, Bahamas, Barbados, St. Vincent and the Grenadines, Dominica, Grenada, St. Kitts and Nevis, Suriname and Monseratt.

© 2003 KPMG, the Belize member firm of KPMG International, a Swiss nonoperating association. All rights reserved.

BearingPoint, Inc., formerly KPMG Consulting, Inc., is an independent consulting firm and is not affiliated with KPMG International or any KPMG member firm. KPMG Online Privacy Statement and Disclaimer

**BELIZE**

 

 

**SERVICES**

OVERVIEW

OFFSHORE CORPORATE

ASSURANCE

Services / Offshore C

✉ Email this artic

## Offshore Corporate Services

As more and more investors make Belize their offshore domicile of choice, we will make setting up offshore an easy decision. Our professional staff can assist with a wide range of services.

**Offshore Companies (IBCs)**

*Services include:*

- offshore company formation and administration;

- provision of registered agent;

- provision of registered office;

- provision of corporate seal;

- keeping of statutory books;

- facilitating the opening of US $ accounts;

- facilitating the establishment of fixed term deposit accounts;

- facilitating access to globally accepted credit cards;

- facilitating other international banking services that may be required;

**Offshore Banks**

*Services include*

- advice on the procedures and requirements for establishing an offshore bank in Belize;

- assistance with the preparation and filing of application;

- liaison with Government Agencies in Belize throughout the application process;

- facilitation of other ancillary services required in establishing an offshore bank in Belize.

**Ship Registration**

*Services include:*

- facilitating the provisional, permanent, or bareboat registration of ships or pleasure vessels;

- facilitating the preliminary or permanent registration of documents relating to ships or pleasure vessels;

- provision of shipping agent;

- facilitating other ancillary services relating to ship registration.

Overviews on Belize Offshore Companies(IBC), Offshore Banks and Ship Registration are provided for your reference.

© 2004 KPMG, the Belize member firm of KPMG International, a Swiss cooperative. All rights reserved.

KPMG Online Privacy Statement and Disclaimer

**BELIZE**





CODE    SERVICES    INDUSTRIES    ABOUT KPMG    CAREERS    VIRTUAL LIBRARY



CONTACT

## INDUSTRIES

OVERVIEW

**OFFSHORE SERVICES**

FINANCIAL SERVICES

ENERGY AND
NATURAL RESOURCES

TRANSPORT

HOSPITALITY LEISURE
AND TOURISM

INFRASTRUCTURE
& GOVERNMENT

Industries / Offshore

✉ Email this artic

### IBC Overview

### Belize IBC (Offshore Company) Overview

A Belize International Business Company (IBC) is an offshore company which conducts its trading and business outside Belize. Belize's legislation also allows an IBC to carry on quite a number of activities within Belize. In addition, Belize's modern and up to date offshore legislation provides for maximum flexibility in tax and investment planning. As a result, an investor can realize many competitive advantages.

**A Belize IBC can carry on the following activities within Belize:**

- make or maintain deposits with local banks in Belize;

- make or maintain professional contact with persons in Belize;

- prepare or maintain books and records within Belize;

- hold meetings of its directors or members within Belize;

- hold lease of property for use as an office in Belize;

- own a vessel(s) registered in Belize in accordance with the Registration of Merchant Ships Act, 1989;

- hold shares in another Belize IBC;

- and under special license carry on banking business.

**Competitive Advantages of having a Belize IBC:**

**Taxation**

A Belize IBC is exempt from...

- the payment of all forms of local taxation;

- the payment of stamp duties for transactions in respect of its shares, debt obligations or other securities;

- the payment of stamp duties with respect to all instruments relating in any way to its assets or activities.

**Exchange Control**

- A Belize IBC is not subject to exchange control regulations.

**Security and Confidentiality**

With a Belize IBC...

- disclosure of the beneficial owner(s) is not required;

- share register may be inspected only by a shareholder;

- assets are protected from confiscation or expropriation orders or similar actions by foreign governments.

**Filing Requirements**

With a Belize IBC...

- only the Memorandum and Articles are required for public records;

- the registration and de-registration of Registers of Directors, Members, and Mortgages and Charges are optional.

**Cost Savings**

With a Belize IBC...

- no minimum capital is required;

- no audit of accounts is required;

- no filing of annual returns is required;

- only one shareholder and one director are required, who may be corporate;

- no company secretary is required;

- no annual general meeting is required;

- meetings may be held outside of Belize and may be by telephone or other electronic means;

- shares may be issued in any currency.

**Incorporation**

With a Belize IBC...

- redomiciliation into and out of Belize is permitted;

- registration in any foreign language is permitted

In addition, Belize's legislation facilitates speedy and simple incorporation, and its modern and computerized IBC Registry is capable of incorporating a company within one hour.

back

© 2004 KPMG, the Belize member firm of KPMG International, a Swiss cooperative. All rights reserved.

KPMG Online Privacy Statement and Disclaimer