KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6758
Email: cynthia.stier@usdoj.gov

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Facsimile: (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: <br><br> JOHN DOES, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts at or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda, British Virgin Islands, Cayman Islands, Cook Islands, Costa Rica, Cyprus, Dominica, Gibraltar, Grenada, Guernsey/Sark/Alderney, Hong Kong, Isle of Man, Jersey, Latvia, | Case No. <br><br> **NOTICE OF FILING *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

| | |
|---|---|
| Lichtenstein, Luxembourg, Malta, Nauru, Netherlands Antilles, Panama, Samoa, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Singapore, Switzerland, Turks and Caicos, and Vanuatu | ) ) ) ) ) |

The United States of America notifies the Court that it has commenced this *ex parte* proceeding pursuant to Section 7609(f) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons upon PayPal, Inc. Pursuant to 26 U.S.C. § 7609(h), the determination to be made by the Court "shall be made *ex parte* and shall be made solely on the petition and supporting affidavits." Thus, the pleadings filed in this proceeding will not be served upon any person or entity and no other filings are permitted from other persons or entities. Accordingly, this matter is now ripe for the Court's consideration. The United States requests that the Court review the Petition and supporting documents and enter the proposed Order at the Court's earliest opportunity.

DATED this 13th day of October, 2005.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2558

Attorneys for the United States

NOTICE OF FILING *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS

2

1258494.1