KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6758
Email: cynthia.stier@usdoj.gov

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Facsimile: (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: <br><br> JOHN DOES, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts at or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda, British Virgin Islands, Cayman Islands, Cook Islands, Costa Rica, Cyprus, Dominica, Gibraltar, Grenada, Guernsey/Sark/Alderney, Hong Kong, Isle of Man, Jersey, Latvia, | Case No. <br><br> ***EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

| | |
|---|---|
| 1 | Lichtenstein, Luxembourg, Malta, Nauru, ) |
|   | Netherlands Antilles, Panama, Samoa, St. ) |
| 2 | Kitts and Nevis, St. Lucia, St. Vincent and the ) |
|   | Grenadines, Singapore, Switzerland, Turks ) |
| 3 | and Caicos, and Vanuatu ) |

The United States of America avers as follows:

## JURISDICTION

1. This *ex parte* proceeding is commenced pursuant to Sections 7402(a), 7609(f), and 7609(h) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons upon PayPal, Inc. and its affiliates and subsidiaries ("PayPal").

2. PayPal is found at 2211 N. First Street, San Jose, CA 95131, within the jurisdiction of this Court.

## INTRADISTRICT ASSIGNMENT

3. This proceeding relates to a "John Doe" summons to be served in the County of Santa Clara.

## ALLEGATIONS

4. As explained in the Declaration of Revenue Agent Barbara A. Kallenberg ("Revenue Agent Kallenberg") attached as Exhibit A, the Internal Revenue Service is conducting an investigation to determine the correct federal income tax liabilities, for the years ended December 31, 1999 through December 31, 2004, of United States taxpayers who had signature authority over bank accounts or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda, British Virgin Islands, Cayman Islands, Cook Islands, Costa Rica, Cyprus, Dominica, Gibraltar, Grenada, Guernsey/Sark/Alderney, Hong Kong, Isle of Man, Jersey, Latvia, Lichtenstein, Luxembourg, Malta, Nauru, Netherlands

Antilles, Panama, Samoa, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Singapore, Switzerland, Turks and Caicos, and Vanuatu.

5. In furtherance of this investigation, once service of the summons is authorized by the Court, the Internal Revenue Service will issue under the authority of Section 7602 of the Internal Revenue Code, an administrative "John Doe" summons to PayPal. A copy of the summons is attached to the Exhibits Appendix to the Declaration of Revenue Agent Kallenberg, at Tab 1.

6. The "John Doe" summons relates to the investigation of an ascertainable group or class of persons, that is, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in the jurisdictions listed above; there is a reasonable basis for believing that such group or class of persons may fail, or may have failed, to comply with one or more provisions of the Internal Revenue laws; and the information sought to be obtained from the examination of the records or testimony (and the identity of the persons with respect to whose tax liabilities the summonses have been issued) is not readily available from other sources.

7. In support of this Petition, the United States submits the Declaration of Revenue Agent Kallenberg, attached as Exhibit A; the Exhibits Appendix to the Declaration of Revenue Agent Kallenberg; and a supporting Memorandum.

WHEREFORE, the United States respectfully requests:

    A. That this Court enter an order permitting service of an Internal Revenue Service "John Doe" summons to PayPal in substantially the form as that attached to the Exhibits Appendix to the Declaration of Revenue Agent Kallenberg at Tab 1; and

    B. That this Court grant such other and further relief as the Court deems proper or justice may require.

DATED this 13th day of October, 2005.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney

_____
ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2558

Attorneys for the United States

*EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS
4

1258648.1