**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**November 18, 2005**

**CASE NUMBER:  CV 05-04167 PVT**
**CASE TITLE:  USA-v-JOHN DOE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW**  immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/18/05

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:        11/18/05

| Copies to: Courtroom Deputies | | Special Projects | |
|---|---|---|---|
| Log Book Noted | 11/18/05 | Entered in Computer | 11/18/05 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | 11/08/05 | Transferor CSA | 11/18/05Bjw |