IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 05-04167 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| In the Matter of Tax Liabilities of: John Does, et al., | |
|       Defendants. | |

    In light of the Court's recent Order requesting a supplemental brief and declaration in support of the government's Petition for Leave to Serve John Doe Summonses, the Court vacate the case management conference presently scheduled for February 6, 2006 at 10 a.m. The new case management is set for **March 27, 2006 at 10 a.m.**

Dated: January 31, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anton Leo Janik anton.l.janik@usdoj.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov
Jay R. Weill jay.weill@usdoj.gov

**Dated: January 31, 2006**     **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Melissa Peralta**
       **Courtroom Deputy**