**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10

11    United States of America,                        NO. C 05-04167 JW

12                    Plaintiff,                **ORDER VACATING CASE**
                                                **MANAGEMENT CONFERENCE**
13          v.

      In the Matter of Tax Liabilities of: John
14    Does, et al.,

15                    Defendants.
                                                    /
16

17          In light of the Court's recent Order requesting a supplemental brief and declaration in support

18    of the government's Petition for Leave to Serve John Doe Summonses, the Court vacate the case

19    management conference presently scheduled for February 6, 2006 at 10 a.m.  The new case

20    management is set for **March 27, 2006 at 10 a.m.**

21

22

23    Dated: January 31, 2006

                                                    JAMES WARE
24                                                  United States District Judge

25

26

27

28

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Anton Leo Janik anton.l.janik@usdoj.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov
3  Jay R. Weill jay.weill@usdoj.gov

4
**Dated: January 31, 2006**                    **Richard W. Wieking, Clerk**

5

6                                              **By:   /s/ JW Chambers**
                                                    **Melissa Peralta**
7                                                   **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28