KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6758
Email: cynthia.stier@usdoj.gov

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Facsimile: (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: <br><br> JOHN DOES, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts at or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, <u>et al</u>. | Case No.: C 05-4167 JW <br><br> **UNITED STATES' MOTION TO ALTER OR AMEND ORDER** |

The United States of America, by and through its undersigned counsel, hereby moves this Court to alter or amend its Order entered February 21, 2006, to grant the Internal Revenue

Service leave to serve the John Doe summons to PayPal, Inc., in substantially the form as that attached hereto as Exhibit A. In support of this Motion, the United States submits:

1. In its petition for leave to serve the John Doe summons to PayPal, the United States submitted a summons seeking records and information relating to a time period extending from January 1, 1999 through December 31, 2004.

2. When the United States filed its petition, the 2005 tax year had not yet ended. That tax year has now ended. Moreover, PayPal's compliance with the John Doe summons may take place after the end of 2006.

3. Due to the nature of this ongoing investigation, the Internal Revenue Service seeks to have the most relevant and current information possible. Accordingly, the United States moves this Court to order that the summons to be served upon PayPal shall be in substantially the form as the attached summons, which has been modified from the earlier summons attached to the Exhibits Appendix to the Declaration of Revenue Agent Kallenberg to include the time period extending from January 1, 1999 through the date of compliance with the summons.

/
/
/
/
/
/
/
/
/
/
/

# CONCLUSION

For the foregoing reasons, the United States respectfully requests that this Court enter an order that the John Doe summons to be served upon PayPal, Inc., shall be in substantially the form as that attached hereto as Exhibit A.

DATED this 24th day of February, 2006.

Respectfully submitted,
KEVIN V. RYAN
United States Attorney
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney

/s/ Anton L. Janik, Jr.
ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2558

Attorneys for the United States