# EXHIBIT A

Dockets.Justia.com



# Summons

In the matter of _____

Internal Revenue Service (Division): _____

Industry/Area (name or number): _____

Periods: _____

## The Commissioner of Internal Revenue

**To:** _____

**At:** _____

You are hereby summoned and required to appear before _____
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

_____

**Place and time for appearance at** _____

on the _____ day of _____, _____ at _____ o'clock _____ m.
*(year)*

**Issued under authority of the Internal Revenue Code this** _____ **day of** _____, _____ .
*(year)*

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

| _____ | _____ |
| Signature of issuing officer | Title |
| _____ | _____ |
| Signature of approving officer *(if applicable)* | Title |

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| | |

**How Summons Was Served**

1. ❏ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ❏ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ❏ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| | |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

❏ I gave notice by certified or registered mail to the last known address of the noticee.

❏ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

❏ I gave notice by handing it to the noticee.

❏ In the absence of a last known address of the noticee, I left the notice with the person summoned.

❏ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

<u>Attachment to "John Doe" Summons to PayPal, Inc</u>.

1.  For each PayPal account where

    (a) any person or entity associated with the account has or
        had an address or telephone number in the United
        States, or a social security number, and where any
        source or destination of account funds at any time
        during the period January 1, 1999, through the date of
        compliance with the summons, was a bank account at or a
        payment card (including credit, charge, or debit cards)
        issued by a financial institution in Anguilla, Antigua
        and Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda,
        British Virgin Islands, Cayman Islands, Cook Islands,
        Costa Rica, Cyprus, Dominica, Gibraltar, Grenada,
        Guernsey/Sark/Alderney, Hong Kong, Isle of Man, Jersey,
        Latvia, Liechtenstein, Luxembourg, Malta, Nauru,
        Netherlands Antilles, Panama, Samoa, St. Kitts and
        Nevis, St. Lucia, St. Vincent and the Grenadines,
        Singapore, Switzerland, Turks and Caicos, and Vanuatu;
        or
    (b) any source or destination of account funds at any time
        during the period January 1, 1999, through the date of
        compliance with the summons, was a payment card that
        appears on the schedule of card numbers attached hereto
        as Schedule A;

    please provide all account records for the period January 1,
    1999, through the date of compliance with this summons,
    including the following:

        a.)    Account home page and related information pages;
        b.)    Any other records identifying payment cards or
               bank accounts used as the source of destination
               of funds;
        c.)    Transaction and download logs and other records
               of all transactions on the account;
        d.)    Account activity logs;
        e.)    Records identifying all related PayPal and eBay
               accounts, including related eBay registration
               pages;
        f.)    account balance and history records;
        g.)    correspondence;
        h.)    security records; and
        i.)    know your customer records.

    This request includes payment cards issued by banks doing
    business in the listed jurisdictions, whether directly (in
    any jurisdiction) or through another bank (in any
    jurisdiction).  For example, it includes cards issued by a

1

bank in the United Kingdom (not a listed jurisdiction) on behalf of a bank in Jersey (a listed jurisdiction). It also includes cards issued by banks in the listed jurisdictions on behalf of another bank (from any jurisdiction).

This request does not include payment card accounts listed on the attached Schedule B.

2. For each bank account and payment card account identified under paragraph 1, above, identify all other PayPal accounts linked to such bank account or payment card account and provide the following information with respect to such other PayPal account:

   a.) Account home page and related information pages;
   b.) Any other records identifying payment cards or bank accounts used as the source of destination of funds;
   c.) Transaction and download logs and other records of all transactions on the account;
   d.) Account activity logs
   e.) Records identifying all related PayPal and eBay accounts, including related eBay registration pages;
   f.) account balance and history records;
   g.) correspondence;
   h.) security records; and
   i.) know your customer records.


3. To the extent the records described in paragraphs 1 and 2 above are stored on computer media, please provide a copy of the records with respect to the specified accounts in electronic form. For the purpose of this summons, the term "electronic form" means a machine-sensible data file in either a "flat file" or database format capable of being retrieved, manipulated and processed by a computer, together with a record layout or data dictionary describing the file structure and the data element contents.

4. For the purpose of this summons, the word "records" refers to any written, printed, typed, graphically, visually or aurally reproduced materials of any kind or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including, but not limited to:

   A) Contracts, agreements, plans, summaries, opinions, reports, commentaries, communications, correspondence, memoranda, minutes, notes, comments, messages, telexes, telegrams, teletypes, cables, facsimiles, and electronic mail; and

1562422.1

B)   Video and/or audio tapes, cassettes, films, microfilm, computer discs and other information which is stored or processed by means of data processing equipment and which can be retrieved in printed or graphic form; and

C)   Copies of any software necessary to process or retrieve the data summoned, plus all manuals or similar documents related to the use of such software.

5.   For the purpose of this summons, you are required to produce all records described in this attachment, whether located in the United States or otherwise, that are in your possession, custody, or control, or otherwise accessible or available to you either directly or through other entities.

1562422.1