# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: <br><br>JOHN DOES, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts at or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, <u>et al</u>. | Case No.: C 05-4167 JW <br><br>**[Proposed]** <br><br>**ORDER GRANTING UNITED STATES' MOTION TO ALTER OR AMEND ORDER** |

On February 21, 2006 the Court granted the United States Ex Parte Petition for Leave to Serve "John Doe" Summons upon PayPal, Inc. and its affiliates and subsidiaries. In that Order, the Court stated that the summons to be served shall be in substantially the form as that attached to the Exhibits Appendix to the Declaration of Revenue Agent Kallenberg. This Court, being duly advised, hereby ORDERS that the summons to be served shall be in substantially the form as that attached as Exhibit A to the United States Motion to Alter or Amend Order.

Dated: February _____, 2006

_____
JAMES WARE
United States District Judge

1