**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 05-04167 JW |
|         Petitioner,<br>  v. | **ORDER GRANTING UNITED STATES' MOTION TO ALTER OR AMEND ORDER** |
| In the Matter of Tax Liabilities of: John Does et al., | |
|         Respondents. | |

On February 21, 2006, the Court granted the United States Ex Parte Petition for Leave to Serve "John Doe" Summons upon PayPal, Inc. and its affiliates and subsidiaries. In that Order, the Court stated that the summons to be served shall be in substantially the form as that attached to the Exhibits Appendix to the Declaration of Revenue Agent Kallenberg. The Court, being duly advised, hereby ORDERS that the summons to be served shall be in substantially the form as that attached as Exhibit A to the United States Motion to Alter or Amend Order.

Dated: February 28, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anton Leo Janik anton.l.janik@usdoj.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov
Jay R. Weill jay.weill@usdoj.gov

**Dated: February 28, 2006**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
        **Melissa Peralta**
        **Courtroom Deputy**