IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 05-04167 JW |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| In the Matter of Tax Liabilities of: John Does et al., | |
| Respondents. | |

On March 27, 2006, the Court conducted a case management conference. There was no appearance by Petitioner or Respondents.

The Court hereby orders all parties to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **May 8, 2006 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why said cause should not be dismissed for failure to attend the March 27, 2006 case management conference. The certificate shall set forth in factual summary the reason no appearance was made and what steps the parties are taking to pursue or defend the action, its present status and the expected future course of the cause.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

Dated: March 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anton Leo Janik anton.l.janik@usdoj.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov
Jay R. Weill jay.weill@usdoj.gov

**Dated: March 27, 2006**               **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                  **Melissa Peralta**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California