UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

DATE: 03/27/06

Case No. 05-04167    JUDGE: JAMES WARE

UNITED STATES OF AMERICA-v- IN THE MATTER OF TAX LIABILITIES OF: JOHN DOES
Title

_____    _____

_____    _____

Attorneys Present                             Present

Deputy Clerk: MELISSA PERALTA        COURT REPORTER: not reported

PROCEEDINGS

Case Management Conference

EXPERT DISCLOSURE:                    DISCOVERY CLOSE(ALL)

CASE CONTINUED TO:                    for FINAL P/T Conference

CASE CONTINUED TO:                    for Jury Trial

CASE CONTINUED TO:                    PRELIMINARY PRETRIAL CONFERENCE

CASE CONTINUED TO:                    for PRETRIAL MOTIONS

CASE CONTINUED TO:                    DISMISSAL CALENDAR

ORDER AFTER HEARING

Conference not held.  An Order To Show Cause Why Case Should Not Be Dismissed forthcoming.

( ) SUBMITTED      ( ) BRIEFS TO BE FILED

Briefing Schedule: Opening  Answer

_____  Reply  Deemed Submitted