KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6758
Email: cynthia.stier@usdoj.gov

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Facsimile: (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: <br><br> JOHN DOES, United States taxpayers who, during the years ended December 31, 1999 through December 31, 2004, had signature authority over bank accounts at or over MasterCard, VISA, or American Express cards issued by, through, or on behalf of banks or other financial institutions in Anguilla, et al. | Case No.: C 05-4167 JW <br><br> **UNITED STATES' NOTICE THAT NO FURTHER ACTION IS NECESSARY** |

The United States of America, by and through its undersigned counsel, hereby notifies

this Court that entry of its February 21, 2006 Order granting the Internal Revenue Service leave

to serve the John Doe summons to PayPal, Inc. has resolved the issue presented in this proceeding, such that no further action is necessary in this matter, all remaining calendar events and deadlines should be vacated, and the case should now be closed.

In the event that PayPal, Inc. declines to comply with the summons without a Court order, the United States would be required to seek enforcement of the summons, either by filing a new petition in a separate proceeding, or by moving to reopen this proceeding at that time.

WHEREFORE, the United States respectfully requests that this Court vacate the remaining calendar events and deadlines, and close this case.

DATED this 28th day of March, 2006.

Respectfully submitted,
KEVIN V. RYAN
United States Attorney
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney

/s/ Anton L. Janik, Jr.
ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2558

Attorneys for the United States