United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 05-04167 JW |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| In the Matter of Tax Liabilities of: John Does et al., | |
| Respondents. | |

Upon receipt of the United States' notice that no further action is necessary subsequent to the Court's February 21, 2006 Order granting the Internal Revenue Service leave to serve the John Doe summons to PayPal, Inc., the Court dismisses the action. All remaining calendar events and deadlines are vacated. The Clerk shall close the file.

Dated: April 4, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anton Leo Janik anton.l.janik@usdoj.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov
Jay R. Weill jay.weill@usdoj.gov

**Dated: April 4, 2006**               **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                      **Melissa Peralta**
                                                      **Courtroom Deputy**