SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile:  (415) 436-6758
Email: cynthia.stier@usdoj.gov

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Facsimile:  (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: JOHN DOES, | ) ) ) ) ) ) |

Case No.  CV-05-04167-JW

**ATTACHMENT A TO ORDER ENFORCING JOHN DOE SUMMONS**

**ATTACHMENT A**
**TO**
**ORDER ENFORCING JOHN DOE SUMMONS**

PayPal, Inc. ("PayPal") shall provide the following information stored by PayPal in its Teradata Database, within its Information Management and Delivery Data Warehouse environment, for the period from January 1, 1999 through the date of compliance of the summons for those accounts identified pursuant to paragraphs 1 and 2 of the Order Enforcing John Doe Summons (as limited by paragraph 3 of the Order Enforcing John Doe Summons):

a.) Data reflected in the PayPal user's account pages;

b.) All records identifying payment cards or bank accounts used as the source or destination of funds for the PayPal account;

c.) Records of all account transactions;

d.) Records of all account activity;

e.) Records reflecting related PayPal accounts associated with any responsive payment source (*i.e.* all accounts for which there is any responsive payment source, even if that payment source is used by multiple PayPal accounts);

f.) Records of account balances including balance histories; and

g.) Know your customer records.

\* \* \*