SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6758
Email: cynthia.stier@usdoj.gov

ANTON L. JANIK, JR.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Facsimile: (202) 307-0054
Email:Anton.L.Janik@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF TAX LIABILITIES OF: JOHN DOES, | Case No. CV-05-04167-JW<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that on this 31st day of July, 2007, a true and correct copy

of the:

1. Stipulation and [Proposed] Order Enforcing John Doe Summons;

2. Attachment A to Stipulation and [Proposed] Order Enforcing John Doe Summons; and

3. this Certificate of Service

was served upon the following by U.S. Mail:

Scott H. Frewing, Esq.
Baker & McKenzie
Two Embarcadero Center
24th Floor
San Francisco, CA 94111

                                  /s/ Anton L. Janik, Jr.
                                  ANTON L. JANIK, JR.
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice

                                  Counsel for the United States